

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2014

No. 04-14-00012-CV

Burton **KAHN**,
Appellant

v.

**HELVETIA ASSET RECOVERY INC.**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18355
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Sitting:  Karen Angelini, Justice
          Sandee Bryan Marion, Justice
          Marialyn Barnard, Justice


The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

It is so **ORDERED** on August 25, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court